### 23743. ROBERTS *v.* THE STATE.

MACINTYRE, J. The evidence authorized the verdict, and the trial court did not err in overruling the motion for new trial, which contained the usual general grounds only.

The judge of the superior court properly overruled the certiorari.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED APRIL 6, 1934.

*C. G. Battle,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.